# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA NOLASCO,<br><br>      Plaintiff,<br><br>      vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>      Defendants. | Case No. 2:16-cv-01813-MCE-CKD<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING JOINT REQUEST FOR BRIEFING SCHEDULE AND WAIVER OF PRETRIAL CONFERENCE**<br><br>Courtroom:  7 - 14th Floor<br><br>Complaint Filed:   August 2, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

ORDER GRANTING JOINT REQUEST FOR BRIEFING SCHEDULE AND WAIVER OF
PRETRIAL CONFERENCE
Case No. 2:16-cv-01813-MCE-CKD
**Error! Unknown document property name.**

# ORDER

Having reviewed the parties' Joint Request for Briefing Schedule and Waiver of Pretrial Conference, and for good cause shown, IT IS HEREBY ORDERED that:

The following is the briefing schedule for the parties' simultaneous Cross-Motions:

| | |
|---|---|
| Opening Trial Briefs: | November 2, 2017 |
| Responding Trial Briefs: | November 16, 2017 |

The parties are further ordered to file a Joint Notice of Trial Readiness on or before November 16, 2017.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, and their availability for trial.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth the confirmed trial date(s).

IT IS SO ORDERED.

DATED: NOVEMBER 15, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1
ORDER GRANTING JOINT REQUEST FOR BRIEFING SCHEDULE AND WAIVER OF PRETRIAL CONFERENCE
Case No. 2:16-cv-01813-MCE-CKD
Error! Unknown document property name.