# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA NOLASCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 2:16-cv-01813-MCE-CKD<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed: August 2, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 2:16-cv-01813-MCE-CKD
**Error! Unknown document property name.**

# **ORDER**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure Rule 41(a), the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 2:16-cv-01813-MCE-CKD
**Error! Unknown document property name.**